## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

| | | |
|---|---|---|
| MARK IVORY, | : | No. 8 WAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | December 15, 2017 at No. 630 M.D. |
| v. | : | 2014. |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 23rd day of January, 2019, the order of the Commonwealth Court is **AFFIRMED**.